# UNITED STATES DISTRICT COURT
for the

__MIDDLE__ District of __PENNSYLVANIA REPUBLIC__

_____ Division

| | |
|---|---|
| PRINCESA CANDELITA EL MITCHKÉBÉ KÉBÉCHET EL ) <br> ) <br> *Plaintiff(s)* ) <br> (Write the full name of each plaintiff who is filing this complaint. ) <br> If the names of all the plaintiffs cannot fit in the space above, ) <br> please write "see attached" in the space and attach an additional ) <br> page with the full list of names.) ) <br> -v- ) <br> COMMONWEALTH OF PENNSYLVANIA, ) <br> PENNSYLVANIA, MABEL HINSON ) <br> COUNTY OF LANCASTER, ) <br> COUNTY OF MONROE, COUNTY OF ) <br> *Defendant(s)* NORTHAMPTON ) <br> (Write the full name of each defendant who is being sued. If the ) <br> names of all the defendants cannot fit in the space above, please ) <br> write "see attached" in the space and attach an additional page ) <br> with the full list of names.) | Case No. __3:19-CV-2222__ <br> (to be filled in by the Clerk's Office) <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No <br><br> FILED <br> SCRANTON <br> DEC 27 2019 <br> Per_____ DEPUTY CLERK |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | PRINCESA CANDELITA EL MITCHKÉBÉ KÉBÉCHET EL |
   | Street Address | 5113 GOOSE POND ROAD, C/O 23 BLUEBIRD COURT |
   | City and County | TOBYHANNA, MONROE |
   | State and Zip Code | PENNSYLVANIA REPUBLIC [18466] |
   | Telephone Number | 717 312 7981 |
   | E-mail Address | KEBECHETEL@ATT.NET |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: TOM WOLF
- Job or Title (if known): D/B/A GOVERNOR
- Street Address: 508 MAIN CAPITOL BUILDING
- City and County: HARRISBURG
- State and Zip Code: PENNSYLVANIA 17120
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: KATHY BOOCKVAR
- Job or Title (if known): D/B/A SECRETARY OF STATE
- Street Address: 401 NORTH STREET
- City and County: HARRISBURG
- State and Zip Code: PENNSYLVANIA 17120
- Telephone Number:
- E-mail Address (if known): RA-CORPS@PA.GOV

Defendant No. 3
- Name: MABEL HINSON
- Job or Title (if known):
- Street Address: 921 ROHRERSTOWN ROAD
- City and County: LANCASTER
- State and Zip Code: PENNSYLVANIA 17601
- Telephone Number: 717 344 1873
- E-mail Address (if known): MHINSON1118@ICLOUD.COM

Defendant No. 4
- Name: DENNIS E. REINAKER
- Job or Title (if known): D/B/A JUDGE
- Street Address: 50 NORTH DUKE STREET, P.O. BOX 83480
- City and County: LANCASTER
- State and Zip Code: PENNSYLVANIA 17608
- Telephone Number:
- E-mail Address (if known): COURTADMIN@CO.LANCASTER.PA.US

Defendant No. X 5
- Name: LEONARD G. BROWN
- Job or Title (if known): D/B/A JUDGE
- Street Address: 50 NORTH DUKE STREET, P.O. BOX 83480
- City and County: LANCASTER
- State and Zip Code: PENNSYLVANIA 17608
- Telephone Number:
- E-mail Address (if known):

Defendant No. X 6
- Name: CHRISTOPHER R. LEPPLER
- Job or Title (if known): D/B/A SHERIFF
- Street Address: 50 NORTH DUKE STREET, P.O. BOX 83480
- City and County: LANCASTER
- State and Zip Code: PENNSYLVANIA 17608
- Telephone Number:
- E-mail Address (if known): LEPPLERC@CO.LANCASTER.PA.US

Defendant No. X 7
- Name: BRIAN E. CHUDZIK
- Job or Title (if known): D/B/A JUDGE
- Street Address: 2168 EMBASSY DRIVE, SUITE 150
- City and County: LANCASTER
- State and Zip Code: PENNSYLVANIA 17603
- Telephone Number: 717 735 2288
- E-mail Address (if known):

Defendant No. X 8
- Name: YASSMIN GRAMIAN
- Job or Title (if known): D/B/A SECRETARY TRANSPORTATION
- Street Address: 400 NORTH STREET, FIFTH FLOOR
- City and County: HARRISBURG
- State and Zip Code: PENNSYLVANIA 17120
- Telephone Number:
- E-mail Address (if known):

Defendant No. ~~x~~ 9
- Name: ANN M. HESS
- Job or Title (if known): D/B/A RECORDER OF DEEDS
- Street Address: P.O. BOX 1478
- City and County: LANCASTER
- State and Zip Code: PENNSYLVANIA 17608
- Telephone Number:
- E-mail Address (if known): AHESS@CO.LANCASTER.PA.US

Defendant No. ~~x~~ 10
- Name: JOSEPHINE FERRO
- Job or Title (if known): D/B/A RECORDER OF DEEDS
- Street Address: 610 MONROE STREET, SUITE 125
- City and County: STROUDSBURG
- State and Zip Code: PENNSYLVANIA 18360
- Telephone Number:
- E-mail Address (if known): JFERRO@MONROECOUNTYPA.GOV

Defendant No. ~~x~~ 11
- Name: ANDREA F. SUTER
- Job or Title (if known): D/B/A RECORDER OF DEEDS
- Street Address: 669 WASHINGTON STREET, ROOM W16
- City and County: EASTON
- State and Zip Code: PENNSYLVANIA 18042
- Telephone Number:
- E-mail Address (if known): A.SUTER@NORTHAMPTONCOUNTY.ORG

Defendant No. ~~x~~ 12
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question** 43 USC CH. 29A.
   18 USC 73 OBSTRUCTION OF JUSTICE, 22 USC CH.2 SEC.141
   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. TREATY OF PEACE & FRIENDSHIP BETWEEN MOROCCO & THE UNITED STATES OF AMERICA - ARTICLE 20, 21, 22. CONSPIRACY AGAINST RIGHTS 18 USC 241, AND DEPRIVED OF RIGHTS UNDER COLOR OF LAW 18 USC 242. HUMAN RIGHTS - ARTICLE 4, 8, 17. FEDERAL CONSTITUTION - ARTICLE 1 SEC. 2, 8, 9, 10 & ARTICLE 6 18 USC 880 & 18 USC 41 EXTORTION AND THREATS. FRAUDS & SWINDLES 18 USC SEC. 1341

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1. The Plaintiff(s)

      a. If the plaintiff is an individual
         The plaintiff, *(name)* PRINCESIA CANDELITIA EL MITCHKÉBÉ KÉBÉCHET EL, is a citizen of the State of *(name)* PENNSYLVANIA REPUBLIC.

      b. If the plaintiff is a corporation
         The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____,
         and has its principal place of business in the State of *(name)* _____

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2. The Defendant(s)

      a. If the defendant is an individual
         The defendant, *(name)* MABEL HINSON, is a citizen of the State of *(name)* PENNSYLVANIA. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case       SEE AFFIDAVIT...

      b.    If the defendant is a corporation

The defendant, *(name)* ~~TOM WOLF D/B/A GOVERNOR~~
~~KATHY BOOKVAR D/B/A SECRETARY~~, is incorporated under the laws of the State of *(name)* PENNSYLVANIA, and has its principal place of business in the State of *(name)* PENNSYLVANIA.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

TO STATE THAT $75,000 IS ADEQUATE FOR THE PAST SEVEN MONTHS IS AN UNDER STATEMENT. THE UNITED STATE DOLLAR HAS NO VALUE COMPAIRED TRUE COINAGE (GOLD & SILVER). MONETARY COMPENSATION WILL NOT REPLACE LIES, GREED, PROPAGANDA FROM SAID DEFENDANTS.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MABEL HINSON IS WICKED TO MAKE CLAIMS OF FEAR FOR HER LIFE. SHE IS A HUGE WOMAN AS I AM PETITE AND NEVER IMPOSED VOLATILE MISCONDUCT.
TOM WOLF, KATHY BOOCKVAR, AND AGENTS & PRINCIPLES HAVE DISREGARDED ALL MY ATTEMPTS FOR REMEDY IN PEACE & LOVE.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I SEEK ALL WRONGS RIGHT & FAIR...

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *27 DEC. 2019*

~~Signature~~ of Plaintiff    *MA Kilee El*    *UCCI-308*
Printed Name of Plaintiff    *PRINCESSA CANDELITA EL MITCHKERE KEBECHET EL*

### B. For Attorneys

Date of signing: _____

Signature of Attorney    *N/A*
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

 

**Princesa Candelita El Mitchkébé Kébéchet El**
[5113 Goose Pond Road]
℅ 23 Bluebird Court
Near [Tobyhanna, Pennsylvania Republic]
Non-Domestic Mail
Email: kebechetel@att.net, Phone Number: 717-312-7981

27 December 2019
MACN-R000001353-083

## *International Affidavit of Facts and Claims*

**Notice to Agent is notice to principle, Notice to Principle is notice to agent.**

To: Middle District of Pennsylvania Republic, United States District Court
In Re: Kébéchet El V. COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA, et alia

Wherefore, I Princesa Candelita El Mitchkébé Kébéchet El, being 'Part and Parcel' named herein, and heir by Birthright and Inheritance. I am Holder, Grantor, Grantee, Trustee, and Successor lawfully seised of all my estate. This Affidavit and Public Notification of Claim and Declaration are Lawful and Legal Entry. Defendants: [TOM WOLF, KATHY BOOCKVAR, Mabel Hinson, DENNIS E. REINAKER, LEONARD G. BROWN, CHRISTOPHER R. LEPPLER, BRIAN E. CHEDZIK, YASSMIN GRAMIAN, ANN M. HESS, JOSEPHINE FERRO, ANDREA F. SUTER] evade Federal Laws and procedures, thus committing Fraud…, Conspiracy, Banker/Investor cartel double dipping, Identity Theft, Intellectual Property Theft, Copyright Infringement, Racketeering, Paper Genocide, Mail Fraud, Crimes… and they violate their own Constitution and Magna Carta against, Indigenous Peoples[1].

The Treaty of Peace and Friendship between Morocco and the united States of America 1787 and 1836. and Universal Human Rights 1948 are Supreme. The 90th Congress unveiled the 14th amendment was not ratified nor constitutional. Wherefore, I Kébéchet El and my fellow fallen Muurs are not subjects, indians, cattle, slaves, negro, property, black nor a box of crayons to any corporation in commerce D/B/A [UNITED STATES SERVICE CORPORATION COMPANY]. Consular Court is activated in diversity of citizenship.

Snake oil Defendants…
Mabel Hinson has falsified statements that, I have allegedly caused her to live in fear, damaged said vehicle and trespassing. In all her psychopathic instability referenced in No. CI-19-04214 she appeared in court without any proof. We were once business partners until verbally Mabel Hinson discontinued partnership as of December 2018. The business was dissolved on paper May 2019 with my autograph and then her July 2019. All said communication on my part is documented from December 2018 - July 2019 strictly professional to the subject matter. Meanwhile, she is on private and public record for stalking, defamation of character and child endangerment not I.

DENNIS E. REINAKER was informed in affidavit of LEONARD G. BROWN's ignorance to law in case No. CI-19-04214. I even turned in my personal Arms to display good faith and lawfully abide by federal standards. DENNIS E. REINAKER violates rights to property i.e 'No Cellular Phone' in Lancaster Court building. He clearly discriminates between visitors/ plaintiffs/ defendants verses "attorneys". Attorneys are civilians as to we the people. They have no honorary privileges as they are just Club members to the "Bar Association" with a gold card in their wallet.

---

[1] Rights to Nationality and shall not be arbitrarily deprived (UDHR Art.15) & (UNDRIP Art.6).
  Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/ Southwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject;
    – Muurs / Moors - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.
      Omnia Iura Reservantis

1




BRIAN E. CHUDZIK and CHRISTOPHER R. LEPPLER have threatened me with traffic citation and arrest warrant to alleged violation MJ-02205-TR-001400-2019, MJ-02205-TR-0001401-2019 and MJ-02205-LT-0000136-2019 (property theft). BRIAN E. CHUDZIK is on record for saying "the constitution does not apply in my court room, its strictly contractual ma'am". Through various affidavits I have been clear to my status and my intent not to submit to bribery, extortion, nor aid to the flavor (quota) of the month. As they uphold color of law, disregarding 75 PACS § 1302 clause 1 and the protocol provided. On 18 November 2019 I was unlawfully arrested without any proper procedures by barbaric constables. This subject matter has been adjudicated favorable.

KARA N. TEMPLETON is an agent to YASSMIN GRAMIAN, they have threatened to suspend and revoke "driving privileges". In May 2019, I willfully surrender vehicle registration and license previous to any said fiat. Inconveniently, they did not removed said license claiming documents were not received according to said phone representative. During a face to face visit in October 2019, to the Harrisburg PENNDOT, agents refused to cancel said license, claiming they will do so after fiat is zero. Once again, I will not submit to bribery nor extortion.

ANN M. HESS, JOSEPHINE FERRO, and ANDREA F. SUTER violate international filing procedures, necessary for public notice and inquiry. During face to face and phone communications between July & August 2019, I presented documents supportive to lawful filings to agents and assigned, but they continued with ignorance.

TOM WOLF and KATHY BOOCKVAR have been notified via certified mail and email of the misconduct by their assigned Agents D/B/A public service officials to the COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA. They ALL are subject to the very oath taken to the Federal & State constitutions, but clearly obstruct justice for codes under color of law.

Part B page 4 of 5:
- the defendant is a corporation [TOM WOLF] under the laws of the State of Pennsylvania
- the defendant is a corporation [KATHY BOOCKVAR] under the laws of the State of Pennsylvania
- the defendant is a corporation [YASSMIN GRAIMAN] under the laws of the State of Pennsylvania
- the defendant is a corporation [LEONARD G. BROWN] under the laws of the State of Pennsylvania
- the defendant is a corporation [DENNIS E. REINAKER] under the laws of the State of Pennsylvania
- the defendant is a corporation [CHRISTOPHER R. LEPPLER] under the laws of the State of Pennsylvania
- the defendant is a corporation [ANN M. HESS] under the laws of the State of Pennsylvania
- the defendant is a corporation [JOSEPHINE FERRO] under the laws of the State of Pennsylvania
- the defendant is a corporation [ANDREA F. SUTER] under the laws of the State of Pennsylvania
- the defendant is a corporation [BRAIN E. CHUDZIK] under the laws of the State of Pennsylvania

3. The $75,000 in controversy will suffice, but can never replace any inconvenience to the Mamadou Dan Tribe.

Should defendants wish to dispute herein, present your **Oath of office, Anti bribery and Foreign Agent registration statement** before contacting me, provided with wet ink and seal from UNITED STATES CONGRESS. Anything less will taken as an attempt to intimidated as you have no standing.

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/ Southwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject;
– Muurs / Moors - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.
Omnia Iura Reservantis
2




Pursuant to Restoration to names sake, Return of Property and Allodial Lands, by way of Laws of The Land. Said defendants, agents and principles should be held accountable for their flagrant, negligent frauds and swindles.

I am Princesa Candelita El Mitchkébé Kébéchet El, being a Indigenous Moorish Trinidadian America National, natural inhabitant of the land and The Majority, in propia persona squarely upon my Oath to **Love, Truth, Peace, Freedom,** and **Justice;** at this time and all points in time. I Stand to enforce the Treaty of Peace and Friendship between Morocco and the united States of America, Zodiac Constitution, Universal Human Rights, Declaration on Rights of Indigenous Peoples et alia. NO [UNITED STATES CORPORATION] has personam jurisdiction in my free exercise and enjoyment of inherent and inalienable rights as first party creditor. My rights are secured to Life, Liberty and the pursuit of happiness. In honor to my Ancestral Ntchr, Asé this affidavit of truth and knowledge I place my Autograph.

Maat Hotep,
J Am:    _____/MTKebeEl/_____    _____[stamp]_____
Kébéchet El
Consul/Minister/Vizir Muhammadan
**Omnia Iura Reservantis**

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/ Southwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject;
— Muurs / Moors - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.
Omnia Iura Reservantis
3




Princesa Candelita El Mitchkébé Kébéchet El
[5113 Goose Pond Road]
℅ 23 Bluebird Court
Near [Tobyhanna, Pennsylvania Republic]
Non-Domestic Mail
Email: kebechetel@att.net, Phone Number: 717-312-7981

27 December 2019
MACN-R000001353-081

## *International Affidavit of Pro Se / Error of Fees*

**Notice to Agent is notice to principle, Notice to Principle is notice to agent.**

In Re: Middle District of Pennsylvania Republic,

In attempt to to ensure I am dealing with a legal and lawful competent Court prescribed by article 3, I demand to see said Judge oath (article 6) regarding this matter. He/She should know subject matter as to the federal constitution for the united States of America and said "debt".

Nationality is my political status, which determines my human rights, treaty rights, and federal rights. The 90th Congress 1967 ruled the fourteenth amendment was not ratified, therefore unconstitutional. See volume 113 part 12 page 15641 courtesy of the Library of Congress. I Kébéchet El am not a ward of state nor in the jurisdiction of the [UNITED STATES OF AMERICA] 28 USC 3002 §15A.

Therefore, said fiat, lawful Gold & Silver coinage article 1 §8, 9, and 10. See Clearfield Trust Company V. The United States, Don E. Williams V. Internal Revenue Service Commissioner, and Craig V. State of Missouri all ruled Federal Reserve Notes aka United States Dollar are not money, just paper and ink not backed by true coinage. See HR 5404 Gold and Silver standard, the federal reserved note[1] has depreciated 97 percent in value. As a compromise I offer $15 (USD) to said $500 fee or one Troy ounce Silver coin market value at $917 can you make change. If you do not except this offer then discharge debt by way of UCC 3-603 or 12 USC §411 as lawful coinage was removed in 1933. See Bey V. Old Field, State of Rhode Island V. Lissette Arias et alia.

**Nothing in this Affidavit shall be interpreted as consent to Foreign Jurisdiction at any time.**

I am Princesa Candelita El Mitchkébé Kébéchet El, being a Indigenous Moorish America National, natural inhabitant of the land and The Majority, in propia persona squarely upon my Oath to **Love, Truth, Peace, Freedom,** and **Justice;** at this time and all points in time. Standing to enforce the Treaty of Peace and Friendship between the united States of America, Zodiac Constitution, Universal Human Rights, Declaration on Rights of Indigenous Peoples et alia. NO [UNITED STATES CORPORATION] has personam jurisdiction in my free exercise and enjoyment of inherent and inalienable rights as first party creditor. My rights are secured to Life, Liberty and the pursuit of happiness. In honor to my Ancestral Ntchr Asé, this affidavit of truth and knowledge I place my Autograph.

Maat Hotep,

I Am:

Kébéchet El
Consul/Minister/Vizir Muhammadan
**Omnia Iura Reservantis**

Attached: application to process w/o fees

---

[1] is a promise to pay at a later date. Federal notes aka securities aka checks decede to corporate suits and commercial paper. See Clearfield Doctrine

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/ Southwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject;
– Muurs / Moors - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.
Omnia Iura Reservantis