

*PETER J. WELSH*
*Clerk of Court*

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148
(570) 207-5600 FAX (570) 207-5650
Internet Address: www.pamd.uscourts, gov

Divisional Offices:
Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

December 31, 2019

Princesa Candelita El Mitchkebe Kebechet El
5113 Goose Pond Road
c/o 23 Bluebird Court
Tobyhanna, PA 18466

RE:  3:19cv2222        Kebechet El v. Governer Tom Wolf
                       Magistrate Judge Carlson

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be forwarded to the Court for consideration

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.

Very truly yours,

PETER J. WELSH, Clerk of Court

By: Anne Oswald, Deputy Clerk

[ ] Petition for Writ of Habeas Corpus           [X] Complaint
[ ] Transfer From Other District                 [ ] Other

ENCLOSED: Notice of Consent regarding Magistrate Referral