KEDECHET EL
v.
COMMONWEALTH OF PENNSYLVANIA

02 IANUARIUS 2019
[02 JANUARY 2020]

CASE# 19CV2222,

AFFIDAVIT TO ADD CLARIFICATION

TO PAGE 4 OF 5, PART 3.

THE AMOUNT IN CONTROVERSY

<u>75,000</u> IS IN LAWFUL COINAGE,

GOLD/SILVER. OF WHICH AT THE

SUCCESSFUL VICTORY I WILL

ACCEPT COINAGE READILY AVAILABLE

*M Kedé El*
UCC1-308

RECEIVED
SCRANTON

JAN - 2 2019

per ___BF___
DEPUTY CLERK