

Princesa Candelita El Mitchkébé Kébéchet El
[5113 Goose Pond Road]
% 23 Bluebird Court
Near [Tobyhanna, Pennsylvania Republic]
Non-Domestic Mail
Email: kebechetel@att.net, Phone Number: 717-312-7981

FILED
SCRANTON
JAN 1 4 2020

PER _____
DEPUTY CLERK

13 Ianuari 2019
Euro Centric 13 January 2020
MACN-R000001353-087

## *International Affidavit of Facts and Public Record*

**Notice to Agent is notice to principle, Notice to Principle is notice to agent.**

To: United States District Court Middle District of Pennsylvania Republic, MARTIN C. CARLSON d/b/a UNITED STATES MAGISTRATE JUDGE,

In Re: Case #3:19-CV-02222,

Herein, correct your records to address me in full appellation, as my surname is Kébéchet El and never to be hypothecated to less as that denotes fraud.

Nationality is my political status, which determines my human rights, treaty rights, and federal rights. The 90th Congress 1967 ruled **the fourteenth amendment was not ratified therefore, unconstitutional.** See volume 113 part 12 page 15641 courtesy of the Library of Congress. I am Consul Kébéchet El, a Moor, not a ward to any State nor the jurisdiction of the [UNITED STATES OF AMERICA, U.S.A, UNITED STATES SERVICE CORPORATION COMPANY] de facto government (corporate entity) 28 USC 3002 §15A. "The admissions of Congress and bold print in the United States Codes of law". Also, read General Civil Orders[1], 2014 issued by Pope Francis, one of the [UNITED STATES OF AMERICA'S] handlers. Names of the [UNITED STATES OF AMERICA] before incorporated inception was republic States of the Union, States of America "the original 13 colonies" example Pennsylvania Republic. Therefore, the land in which WE stand is North America. The [U.S.A] was never and will never be a country, it is just a location registered to the [DISTRICT OF COLUMBIA].

Statement dated 03 January, of twenty-four pages was baseless in wanting to have jurisdiction over a National Citizen. I have no adhesion or unilateral contracts existing in commerce to any corporation [COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA, nor the UNITED STATES OF AMERICA]. Christian black codes and Color of Law will take a backseat at all times herein.

You have incited Civil Rights violations is the body of law I place my claims are under; very laughable. My closing biography is concise to who I am and my standing in International Laws. Relevant case subject matters are violations to my Human Rights, Treaty Rights, and Federal Rights.

Agents and Principles have NO Jurisdiction to Moors. See: House Resolution 75 page 5759, Gibbons V. Ogden - 22 U.S., Penhallow V. Doane's - 3 U.S. 54, Griffin V. Matthews -310 F. Supp. 341 and Owens v. City - 445 U.S. 662 et alia. Brough Codes / Municipal Codes, Pennsylvania Codes are **minor** in

---

[1] *reveals dirty secrets under [U.S.A] dress.*
   Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/ Southwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject;
   – Muurs / Moors - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.
   Omnia Iura Reservantis



operation "Color of Law" subject to 18 USC Ch.13 §241 & 242. Treaties and Constitutional laws are Major in the Treaty of Peace and Friendship 1786 Article 20, and 'Organic' Constitution for the united States of America 1787 Article 6 Cl. 2 and 3. You did not present your **oath of office, anti bribery statement nor foreign agent registration statement.** Clearly, you have attempted to intimidate me and confuse my rights for privilege see Murdock V. Pennsylvania. You have engaged to obstruct justice without due process thus, committing acts of treason and genocide.

Whereas, the [COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA, COUNTY OF LANCASTER, COUNTY OF MONROE, COUNTY OF NORTHAMPTON, TOM WOLF, KATHY BOOCKVAR, DENNIS E. REINAKER, LEONARD G. BROWN, CHRISTOPHER R. LEPPLER, BRIAN E. CHUDZIK, YASSMIN GRAMIAN, ANN M. HESS, JOSEPHINE FERRO, ANDREA F. SUTER] are registered with the [DISTRICT OF COLUMBIA] and [STATES OF THE UNION]. These "Officers of the Courts and Judicial Officers"[2] defendants have no immunity when violating the Constitutional right from liability. They are deemed to know law!

Mabel Hinson is a common citizen with no immunity to falsifying testimony in court without evidence of a crime.

I Consul Kébéchet El did not ask the court for permission to litigate against said defendants. Wherefore, the [UNITED STATES DISTRICT COURT] has no authority to decide the validity of which case should be heard in a court of law. All said defendants (citizens) are in your jurisdiction with contractual agreements to the State [COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA]. Proof can be found at the county registrars office and DUN & BRAD STREET **as corporations and wards of State. I** will proceed forward to hold them accountable. Diversity of Citizenship is the order of the day!

Statement of claim page 4 of 5, question 3, asked to be brief and plain in statement. I was to the point with attached affidavit to speak to individuals with a fifth grade education would overstand. I have certified and return receipt communications with all said defendants promoting clear ignorance to law. These documents will be revealed to the assigned judge and world records.

Once again, personal injuries incurred by defendants…

DENNIS E. REINAKER (principle) and LEONARD G. BROWN (agent) have allowed Mabel Hinson to ruin my status and character. DENNIS E. REINAKER has a 'no cell phone' policy, which he has converted rights into privilege to succeed in personal gains. He has deprived me from entering the court house without my property.

BRIAN E. CHUDZIK (agent) and CHRISTOPHER R. LEPPLER (agent) harass me to submit to fraudulent contracts of traffic violations.

KARA N. TEMPLETON (agent) and YASSMIN GRAMIAN (principle) refuses to remove my identity and vehicles from Penndot system which will eliminate bandit police from pulling over. I am not a citizen to their jurisdiction.

---

[2] *judges, clerks, sheriffs, marshals, bailiffs, constables, executive officers, state governors have legal and ethical obligations*

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/ Southwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject;
– Muurs / Moors - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.
Omnia Iura Reservantis

2



ANN M. HESS (agent), JOSEPHINE FERRO (agent), ANDREA F. SUTER (agent) hinder me from discharging and claiming my lands from mortgage and tax fraud.

TOM WOLF (principle) and KATHY BOOCKVAR (agent) executives to the COMMONWEALTH OF PENNSYLVANIA and PENNSYLVANIA. They have full knowledge of the misconduct and deliberate harm caused by their public service officials. They also impose sales tax whereas, taxes are voluntary.

My life is disrupted by these insane and corrupt defendants who break the laws of the land. I demand my name, arms and estate properties returned and restored in allodium with 75,000³ in lawful coinage gold/silver for frauds and swindles. I expect a speedy trial for this ridiculous charade of events.

Be advise Agents and Principles, the Treaty of Peace and Friendship (Amity & Commerce) between Morocco (North America) and the united States of America (States of the Union) must abide by contractual agreements therein. Indigenous Peoples have the right to the recognition, observance an enforcement of Treaties, Agreements and other Constructive Arrangements concluded with States or their successors and to have States honor and respect such Treaties, Agreements and other Constructive Arrangements; (UNDRIP article 37). <u>Re- Read  affidavit with unbiased intellectual integrity or recuse yourself for having personal interest to any said defendants</u>.

**Nothing in this Affidavit shall be interpreted as consent to Foreign Jurisdiction at any time.**

I am Princesa Candelita El Mitchkébé Kébéchet El, being a Indigenous Moorish American Trinidadian National, natural inhabitant of the land and The Majority, in propia persona squarely upon my Oath to **Love, Truth, Peace, Freedom,** and **Justice;** at this time and all points in time. I Stand to enforce the Treaty of Peace and Friendship between Morocco and the united States of America, Zodiac Constitution, Universal Human Rights, Declaration on Rights of Indigenous Peoples et alia. NO [UNITED STATES CORPORATION] has personam jurisdiction in my free exercise and enjoyment of inherent and inalienable rights as first party creditor. My rights are secured to Life, Liberty and the pursuit of happiness. In honor to my Ancestral Ntchr, Asé this affidavit of truth and knowledge I place my Autograph.

Maat Hotep,

J Am:

Kébéchet El
Consul/Minister/Vizir Muhammadan
**Omnia Iura Reservantis**

---

³ *See HR 5404*
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/ Southwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject;
-- Muurs / Moors - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.
Omnia Iura Reservantis



COURTESY COPIES TO:

President Abdulqawi Ahmed Yusuf and Vice-President Xue Hanquin- International Court of Justice

Michelle Bachelet Jeria- United Nations High Commissioner

Ronald W. Gainer and Charles J. Chaput- Arch Bishop

John Roberts d/b/a Chief Justice of the UNITED STATES Supreme Court

William P. Barr d/b/a UNITED STATES Attorney General

Eric S. Dreiband d/b/a UNITE STATES Assistant Attorney General

Donald W. Washington d/b/a UNITED STATES Marshal

FARA Unit

Muriel Bowser d/b/a Mayor, District of Columbia

Ida Williams d/b/a Recorder, District of Columbia

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate'/Central Amexem/ Southwest Amexem/Adjoining and Americana Islands - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject;
-- Muurs / Moors - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.
Omnia Iura Reservantis
4